Attorney for Debtor
Pia J. North, Esq. #$29672
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  NiToya L. Jefferson,     Debtor

Case No.: 14-35384
Chapter 13

**MOTION TO EXTEND THE AUTOMATIC STAY**

COMES NOW NiToya L. Jefferson, debtor, by counsel, Pia J. North, pursuant to 11 U.S.C. § 362(c)(3)(B), the debtor requests that the Court grant an extension of the automatic stay as to all creditors, as to the debtor and the debtor's property, and as to the property of the estate for the duration of this Chapter 13 proceeding.  In support of this Motion the debtor states as follows:

1. Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§1334 and 157 in that this action arises in and relates to this bankruptcy case of the debtor, filed in this Court on March 25, 2013.

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (K), and (O).

3. Venue is proper pursuant to 28 U.S.C. §1409.

4. On October 6, 2014 the Debtor filed in this Honorable Court a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§ 1301 et seq. (the "instant case"). Robert E. Hyman was appointed to serve as Chapter 13 Trustee in this case.

5. The Debtor has filed two previous Bankruptcies in the last eight years, however only one case was dismissed within the last year.  The debtor filed: (1) Case# 14-30140, filed under Chapter 13 on January 11, 2014 and dismissed October 6, 2014 by a Motion to Dismiss filed by the Trustee for failure to make payments under a confirmed plan. (2) Case# 08-30846 filed under Chapter 7 on February 25, 2008 was discharged on June 2, 2008.

6. The instant case has a presumption that it was not filed in good faith because the prior case was dismissed for failure to make payments under a confirmed Chapter 13 plan

7. The automatic stay will expire on November 5, 2014 which is 30 days after this case was filed.

8. The Debtor has filed this case in good faith. The Debtor will file a confirmable plan with the Court.  The Debtor anticipates that she will be able to fully perform under the terms of the plan.

9. The Debtor's prior case was not dismissed because the debtor failed to file or amend her petition or any required documents, or to provide adequate protection ordered by the Court.

10. The Debtor's prior bankruptcy was not dismissed at a time when there had been a Motion for Relief that was pending before the court or resolved with an order terminating, conditioning or limiting the stay.

11. There has been a change in circumstances since the debtor's prior bankruptcy.  During the prior case, the debtor was on a voluntary wage directive which was filed by the Trustee on February 27, 2014. She was unable to keep up with the plan payments voluntarily. She was helping take care of her elderly mother who became ill.  Since the dismissal of the last case the debtor's mother is in better health. In addition, the debtor has decided that a directive for wage deduction will allow her to fully perform in her new case.

12. The debtor will propose confirmable Chapter 13 Plan which will commit all of her disposable income to the plan.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that this Court enter an Order extending the automatic stay under 11 U.S.C. § 362 as to all creditors, as to the debtor and the debtor's property, and as to the property of the estate for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362 (c) (1) or (c) (2), or a motion for relief is granted under § 362(d) and for such other and further relief as to the Court shall be deemed appropriate.

              Respectfully submitted:
              **NiToya L. Jefferson**

By:  /s/ Pia J. North
    Counsel

Attorney for NiToya L. Jefferson
Pia J.  North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA  23112
Telephone:  (804) 739-3700
Fax:  (804) 739-2550

Attorney for Debtor
Pia J. North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: NiToya L. Jefferson, Debtor                      Case No. 14-35384
                                                        Chapter 13

**NOTICE OF MOTION**

    Pia J. North, Attorney for the Debtor having filed papers with the court: Motion to Extend the Automatic Stay.

    **Your rights may be affected.** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then **on or before October 21, 2014** you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street, Room 4304
Richmond, Virginia 23219

You must also mail a copy to:

Pia J. North, Esquire
5913 Harbour Park Dr
Midlothian, VA 23112

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**Certificate of Service**

I hereby certify that I have  10/7/2014  mailed or hand delivered a true copy of this Motion to Extend the Automatic Stay to the parties listed on the attached mailing matrix.

                                                      /s/ Pia J. North
                                                      Pia J. North

Attorney for Debtor
Pia J. North, Esq. #29672
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In NiToya L. Jefferson,        Debtor

Case No. 14-35384
Chapter 13

**NOTICE**

PLEASE TAKE NOTICE that on **October 22, 2014 @ 10:30 a.m.** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens located at the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Room 5000, Richmond, VA 23219 on the Debtor's Motion to Extend the Automatic Stay.

                              NiToya L. Jefferson
BY:      /s/ Pia J. North
                Counsel

**Certificate of Service**

I hereby certify that on October 7, 2014  I served by ECF or mailed a true copy of this Motion to Extend the Automatic Stay, Notice of Motion and the Notice of Hearing to:  to the Trustee, United States Trustee at 701 E. Broad Street, Room 4304, Richmond, VA 23219, and by U.S. mail to NiToya L. Jefferson, Debtor at the 6808 Shawnee Road, Richmond, VA 23225, and all of the creditors and the parties of interests.

                              /s/ Pia J. North
                              Pia J. North

Attorney for Debtor
Pia J. North, Esq. #29672
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  NiToya L. Jefferson,     Debtor

Case No.: 14-35384
Chapter 13

## AFFIDAVIT

I, NiToya L. Jefferson declare under penalty of perjury that the information provided in Motion to Extend the Automatic Stay is true and correct.

I, previously filed a Chapter 13 bankruptcy on January 11, 2014, I didn't make the payments I was supposed to pay. I was on a voluntary wage directive. I was unable to make my required payments because my mother became ill. In this new case, I will not choose the option of a voluntary payment and instead have the Chapter 13 payment deducted from my paycheck.

/s/NiToya L. Jefferson                October 3, 2014
NiToya L. Jefferson                          Date

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 14-35384-KRH<br>Eastern District of Virginia<br>Richmond<br>Tue Oct  7 12:16:56 EDT 2014 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AT&T<br>Attn: Bankruptcy<br>1801 Valley View Lane<br>Dallas, TX 75234-8906 |
| Acs/Wells Fargo<br>501 Bleecker St<br>Utica, NY 13501-2401 | American Family Fitness<br>National Fitness Financial<br>PO Box 497<br>Layton, UT 84041-0497 | Approved Cash Advance<br>6341 Janke Rd<br>Richmond, VA 23225-4142 |
| Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Bug Haus<br>10 Westover Hills Blvd<br>Richmond, VA 23225-6300 | CJW Center<br>P.O. Box 740760<br>Cincinnati, OH 45274-0760 |
| Cbsi<br>550 Greensboro Ave Ste 3<br>Tuscaloosa, AL 35401-1584 | City of Richmond DPU BANK<br>Dept. of Public Utilities<br>730 E. Broad Street, 5th floor<br>Richmond, VA 23219-1861 | Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Commonwealth of Virginia<br>VA Employment Commision<br>P.O. Box 26971<br>Richmond, VA 23261-6971 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Dish Network<br>Department 0063<br>Palatine, IL 60055-0063 |
| Dominion Women's Health<br>8239 Meadowbridge Road<br>Mechanicsville, VA 23116-2318 | Domion Virginia Power<br>P.O. Box 26543<br>Richmond, VA 23290-0001 | Ecmc<br>1 Imation Pl<br>Oakdale, MN 55128-3422 |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Fredericksburg Credit<br>10506 Wakeman Dr<br>Fredericksburg, VA 22407-8040 | Gold's Gym<br>c/o Conexion<br>Post Office Box 72609<br>Rosedale, MD 21237-8609 | Honey Tree Apartments<br>1528-H Honey Grove Drive<br>Richmond, VA 23229-5243 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | Lab Corp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 |
| Loan Max BKY<br>3440 Preston Ridge Rd #500<br>Alpharetta, GA 30005-3823 | Mwinvest<br>2900 Sabre St Ste75<br>Norfolk, VA 23502 | Natl Fitness<br>1645 E Hwy 193<br>Layton, UT 84040-8525 |

```
North & Associates, P.C.              Pinnacle Credit Service               Radiology Assoc. of Richmond
5913 Harbour Park Drive               7900 Highway 7 # 100                  P.O. Box 13343
Midlothian, VA 23112-2163             Saint Louis Park, MN 55426-4045       Richmond, VA 23225-0343


Receivable Management                 (p)SPRINT NEXTEL CORRESPONDENCE       Strayer University
7206 Hull Street Rd Ste               ATTN BANKRUPTCY DEPT                  11501 Nuckols Road
North Chesterfield, VA 23235-5826     PO BOX 7949                           Glen Allen, VA 23059-5508
                                      OVERLAND PARK KS 66207-0949


Suntrust                              U S Dept Of Ed/Gsl/Atl                US Department of Education
P. O. Box 79079                       Po Box 4222                           P.O. Box 105028
Baltimore, MD 21279-0079              Iowa City, IA 52244                   Atlanta, GA 30348-5028


Us Dept Ed                            Verizon - Bankrutpcy Dept             Wells Fargo
Po Box 5609                           P.O. Box 3397                         Post Office Box 10347
Greenville, TX 75403-5609             Wilmington, IL 61702-3397             Des Moines, IA 50306-0347


West End Ob/Gyn                       Williams & Fudge Inc                  NiToya L. Jefferson
7206 Hull Street Rd Ste               300 Chatham Ave Ste 201               6808 Shawnee Road
North Chesterfield, VA 23235-5827     Rock Hill, SC 29730-5395              Richmond, VA 23225-1714


Pia J. North                          Robert E. Hyman
North & Associates, P.C.              P.O. Box 1780
5913 Harbour Park Drive               Richmond, VA 23218-1780
Midlothian, VA 23112-2163
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Direct TV                             Focused Recovery Solutions            Sprint BANKRUPTCY Dept
Post Office Box 92600                 9701 Metropolitan Ct Ste              P.O. Box 172408
Los Angeles, CA 90009                 North Chesterfield, VA 23236          Denver, CO 80217-2408
```

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46